UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

ANNA WHITBY, individually and on behalf of all others similarly situated,

    Plaintiff,

v

LANSING COMMUNITY COLLEGE,

    Defendant.

Case No. 1:23-cv-00738-PLM-RSK

HON. PAUL L. MALONEY

| | |
|---|---|
| Gary M. Klinger<br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC<br>Attorneys for Plaintiff<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL  60606<br>866.252.0878<br>gklinger@milberg.com | Scott L. Mandel (P33453)<br>Alexander S. Rusek (P77581)<br>Hilary J. Stafford (P81897)<br>FOSTER, SWIFT, COLLINS & SMITH, P.C.<br>Attorneys for Defendant<br>313 S. Washington Square<br>Lansing, MI 48933<br>517.371.8185<br>smandel@fosterswift.com<br>arusek@fosterswift.com<br>hstafford@fosterswift.com |
| Nick Suciu (P72062)<br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC<br>Attorneys for Plaintiff<br>6905 Telegraph Road, Suite 115<br>Bloomfield Hills, MI  48301<br>313.303.3472<br>nsuciu@milberg.com | |

**STIPULATION AND ORDER**

    The parties herein, through their respective counsel, hereby stipulate and agree that Defendant Lansing Community College need not file an answer or first responsive pleading to the Complaint/Amended Complaint served upon it in this matter for the reason that Plaintiff has a pending motion to consolidate this case with *Ayden Heinig, et al. v Lansing Community College*,

Case No. 1-23-cv-00742 [PageID.38-51]; *Daquarious Alexander v Lansing Community College,* Case No. 1:23-cv-00741 [PageID.47-60]; and *Sameer Shah v Lansing Community College,* Case No. 1:23-cv-00743 [PageID.103-116] and to file a single amended single complaint in those consolidated cases.

Lansing Community College, through its attorneys, Foster Swift Collins & Smith, P.C., concurs in that motion to consolidate and to the filing of a single consolidated complaint.

Dated: 8.2.23                                     /s/ Gary M. Klinger w/permission
                                                  Gary M. Klinger
                                                  Attorney for Plaintiff

Dated: 8.2.23                                     /s/ Scott L. Mandel
                                                  Scott L. Mandel (P33453)
                                                  Attorney for Defendant

**ORDER**

This Court having read and reviewed the stipulation of the parties and being otherwise filly informed in the premises;

IT IS HEREBY ORDERED that Defendant Lansing Community College need not file an answer or first responsive pleading to the Complaint/Amended Complaint served upon it in this matter for the reason that Plaintiff has a pending motion to consolidate this case with *Ayden Heinig, et al. v Lansing Community College*, Case No. 1-23-cv-00742; *Daquarious Alexander v Lansing Community College,* Case No. 1:23-cv-00741; and *Sameer Shah v Lansing Community College,* Case No. 1:23-cv-00743, and to file a single amended single complaint in those consolidated cases.

Dated: _____                             _____
                                                  Honorable Paul L. Maloney