UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE LANSING COMMUNITY
COLLEGE DATE BREACH LITIGATION

Master File No.: 1:23-cv-00738-PLM

CONSOLIDATED ACTION

HON. PAUL L. MALONEY

**STIPULATED BRIEFING SCHEDULE ORDER**

Pursuant to this Court's August 2, 2023 Order Granting Plaintiffs' Motion to Consolidate Cases and Set a Schedule for the Filing of a Consolidated Amended Complaint, the parties stipulate to the following briefing schedule:

| EVENT | DATE/DEADLINE |
|---|---|
| Order Granting Plaintiffs' Motion to Consolidate Cases and Set a Schedule for the Filing of a Consolidated Amended Complaint | August 2, 2023 |
| Deadline for Plaintiffs to File their Operative Consolidated Class Action Complaint ("CCAC") | September 16, 2023 |
| Deadline for Defendant to File its Omnibus Responsive Pleading to the CCAC | October 13, 2023 |
| Deadline for Plaintiffs to File their Response to Defendant's Omnibus Responsive Pleading | November 10, 2023 |
| Deadline for Defendant to File its Reply to Plaintiffs' Response to Defendant's Omnibus Responsive Pleading | December 1, 2023 |
| Oral Argument on Defendant's Responsive Pleading to the CCAC | TBD |
| Decision on Defendant's Responsive Pleading to the CCAC | TBD |

/s/ Scott L. Mandel (P33453)
Scott L. Mandel (P33453)
Alexander S. Rusek (P77581)
FOSTER, SWIFT, COLLINS & SMITH, P.C.
Attorneys for Defendant
313 S. Washington Square
Lansing, MI 48933
(517) 371-8185
smandel@fosterswift.com
arusek@fosterswift.com

Gary M. Klinger (w/permissions)
Gary M. Klinger
MILBERG COLEMAN BRYSON PHILLIPS
 GROSSMAN, PLLC
Attorneys for Plaintiffs
227 W. Monroe Street, Suite 2100
Chicago, IL  60606
(866) 252-0878
gklinger@milberg.com

<u>Benjamin F. Johns (w/permission)</u>
Benjamin F. Johns
Shub & Johns, LLC
Four Tower Bridge
200 Barr Harbor Drive Suite 400
Conshohocken, PA  19428
(610) 477-8380
bjohns@shublawyers.com

**IT IS SO ORDERED.**

Dated:   <u>August 22    </u>, 2023                                  <u> /s/ Paul L. Maloney                      </u>
                                                                                                                        Paul L. Maloney
                                                                                                                        United States District Judge

19819:00322:7322317-1