UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

IN RE LANSING COMMUNITY
COLLEGE DATA BREACH LITIGATION

Master File No.: 1:23-cv-00738-PLM

CONSOLIDATED ACTION

HON. PAUL L. MALONEY

---

### STIPULATION AND ORDER STAYING CASE TO PERMIT THE PARTIES THE OPPORTUNITY TO MEDIATE

The parties herein, through their respective counsel, hereby agree to voluntarily mediate this case and to retain Thomas Behm as the mediator. Mr. Behm is on the Court's list of approved mediators. Due to conflicts with Mr. Behm's calendar, the earliest date the parties were able to obtain for the scheduling of that mediation is March 26, 2024.

There is presently pending before the Court Defendants' Motion to Dismiss (ECF Nos. 19 and 20). Plaintiffs have filed their Brief in Opposition to that Motion (ECF No. 24). Defendants' Reply Brief must be filed on or before December 1, 2023 (ECF No. 17).

The parties stipulate and agree, subject to the approval of this Court, that this case should be stayed after Defendants file their Reply Brief on or before December 1, 2024, pending completion of mediation. As a result, the parties request this Court enter an Order staying this after Defendants file their Reply Brief on or before December 1, 2024, case until April 12, 2024, to afford the parties an opportunity to complete mediation.

Dated: November 22, 2023

                                                                                                         s/ Scott L. Mandel
Scott L. Mandel (P33453)
FOSTER, SWIFT, COLLINS & SMITH, P.C.
Attorneys for Defendant
313 S. Washington Square
Lansing, MI 48933
(517) 371-8185
smandel@fosterswift.com

Dated: November 22, 2023                 s/ Gary M. Klinger w/permission
    Gary M. Klinger
    MILBERG COLEMAN BRYSON PHILLIPS
    GROSSMAN, PLLC
    Attorneys for Plaintiffs
    227 W. Monroe Street, Suite 2100
    Chicago, IL  60606
    (866) 252-0878
    gklinger@milberg.com

Dated: November 22, 2023                 s/ Benjamin F. Johns w/permission
    Benjamin F. Johns
    SHUB & JOHNS, LLC
    Attorneys for Plaintiffs
    Four Tower Bridge
    200 Barr Harbor Drive Suite 400
    Conshohocken, PA  19428
    (610) 477-8380
    bjohns@shublawyers.com

## ORDER STAYING CASE TO PERMIT THE PARTIES THE OPPORTUNITY TO MEDIATE

This Court having read and reviewed the stipulation of the parties and being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that this case shall be and hereby is stayed after Defendants file their Reply Brief on or before December 1, 2024, until April 12, 2024, to afford the parties the opportunity to complete mediation of this case.

Dated: November _____, 2023            _____
    Honorable Paul L. Maloney

19819:00322:200021150-1