UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE LANSING COMMUNITY
COLLEGE DATA BREACH LITIGATION

Master File No.: 1:23-cv-00738-PLM

CONSOLIDATED ACTION

HON. PAUL L. MALONEY

**STIPULATION AND ORDER STAYING CASE TO PERMIT THE PARTIES THE OPPORTUNITY TO MEDIATE**

The parties herein, through their respective counsel, hereby agree to voluntarily mediate this case and to retain Thomas Behm as the mediator. Mr. Behm is on the Court's list of approved mediators. Due to conflicts with Mr. Behm's calendar, the earliest date the parties were able to obtain for the scheduling of that mediation is March 26, 2024.

There is presently pending before the Court Defendants' Motion to Dismiss (ECF Nos. 19 and 20). Plaintiffs have filed their Brief in Opposition to that Motion (ECF No. 24). Defendants' Reply Brief must be filed on or before December 1, 2023 (ECF No. 17).

The parties stipulate and agree, subject to the approval of this Court, that this case should be stayed after Defendants file their Reply Brief on or before December 1, 2024, pending completion of mediation. As a result, the parties request this Court enter an Order staying this after Defendants file their Reply Brief on or before December 1, 2024, case until April 12, 2024, to afford the parties an opportunity to complete mediation.

Dated: November 22, 2023

s/ Scott L. Mandel
Scott L. Mandel (P33453)
FOSTER, SWIFT, COLLINS & SMITH, P.C.
Attorneys for Defendant
313 S. Washington Square
Lansing, MI 48933
(517) 371-8185
smandel@fosterswift.com

Dated: November 22, 2023

    s/ Gary M. Klinger w/permission
Gary M. Klinger
MILBERG COLEMAN BRYSON PHILLIPS
 GROSSMAN, PLLC
Attorneys for Plaintiffs
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
(866) 252-0878
gklinger@milberg.com

Dated: November 22, 2023

    s/ Benjamin F. Johns w/permission
Benjamin F. Johns
SHUB & JOHNS, LLC
Attorneys for Plaintiffs
Four Tower Bridge
200 Barr Harbor Drive Suite 400
Conshohocken, PA 19428
(610) 477-8380
bjohns@shublawyers.com

## ORDER STAYING CASE TO PERMIT THE PARTIES THE OPPORTUNITY TO MEDIATE

This Court having read and reviewed the stipulation of the parties and being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that this case shall be and hereby is stayed after Defendants file their Reply Brief on or before December 1, 2024, until April 12, 2024, to afford the parties the opportunity to complete mediation of this case.

Dated: November __27__, 2023

    /s/ Paul L. Maloney
Honorable Paul L. Maloney

19819:00322:200021150-1

2