# INDEX OF EXHIBITS

A. Declaration of Plaintiffs' Counsel by Benjamin F. Johns in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement

B. Declaration of Scott M. Fenwick of Kroll Settlement Administration LLC in Connection with Final Approval of Settlement

C. Motion for Final Approval, *In re Wright & Filippis, LLC Data Sec. Breach Litig.*, No. 2:22-cv-12908-SFC (E.D. Mich.)

D. Order Granting Final Approval - proposed

E. Final Judgment and Order of Dismissal - proposed