IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE LANSING COMMUNITY COLLEGE DATE SECURITY INCIDENT LITIGATION | Master No: 1:23-cv-00738-PLM<br><br>Hon. Paul L. Maloney<br><br>CONSOLIDATED ACTION |

## FINAL JUDGMENT AND ORDER OF DISMISSAL

After conducting a final fairness hearing on January 21, 2025, the Court granted Plaintiffs' Unopposed Motion for Final Approval of the Class Action Settlement with Lansing Community College, and Plaintiffs' Motion for Attorneys' Fees, Costs, Expenses, and Service Awards to the Settlement Class Representatives. Judgment is hereby **ENTERED**.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. This Final Judgment hereby incorporates by reference the definitions in the Settlement Agreement with Lansing Community College dated June 18, 2024 (the "Settlement Agreement"), and all terms used herein, except as otherwise expressly defined herein, shall have the same meanings as set forth in the Settlement Agreement.

2. The Court finds that it has subject matter jurisdiction under 28 U.S.C. § 1332(d)(2) to enter this Final Judgment and that it has personal jurisdiction over

Plaintiffs, Lansing Community College (in this Action only and for purposes of this Settlement), and all Settlement Class Members.

3. Upon the Settlement Agreement becoming effective in accordance with its terms, all of the following claims shall be released. Specifically, per Section 4.1 of the Settlement Agreement:

> Upon the Effective Date, and in consideration of the Settlement Benefits described herein, the Class Representatives and all Class Members on behalf of themselves, their heirs, assigns, executors, administrators, predecessors, and successors, and any other person purporting to claim on their behalf, release and discharge all Released Claims, including Unknown Claims, against each of the Released Parties and agree to refrain from instituting, directing or maintaining any lawsuit, contested matter, adversary proceeding, or miscellaneous proceeding against each of the Released Parties that relates to the Data Security Incident or otherwise arises out of the same facts and circumstances set forth in the class action complaint in this Action. This Settlement releases claims against only the Released Parties. This Settlement does not release, and it is not the intention of the Parties to this Settlement to release, any claims against any third party. Nor does this Release apply to any Class Member who timely excludes himself or herself from the Settlement, or to any Class Member (or the estate of any Class Member) who has been confirmed to be deceased.

4. The Action and all Released Claims against Lansing Community College and the Released Parties are hereby dismissed with prejudice and without fees or costs, other than as specified in the Settlement Agreement, including those

costs of Notice and administration; Service Awards to the Class Representatives; and Attorneys' Fee Award and Costs.

5. The objection is overruled by this Court on the basis that it lacked merit.

6. The Court, finding no just reason for delay, directs pursuant to Rule 54(b) of the Federal Rules of Civil Procedure that the judgment of dismissal as to Lansing Community College shall be final and entered forthwith.

**SO ORDERED** this __24th__ day of ____January____, __2025__.

                                       /s/ Paul L. Maloney
                                     HON. PAUL L. MALONEY
                                     United States District Judge