UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE LANSING COMMUNITY
COLLEGE DATA BREACH
LITIGATION,

Case No. 1:23-cv-738

HONORABLE PAUL L. MALONEY

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

On January 24, 2025, this Court entered Judgment after a class action settlement agreement was approved (ECF No. 67). Interested party GwanJun Kim has filed a motion for leave to appeal *in forma pauperis*. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on July 1, 2025, recommending that this Court certify that Kim's appeal is not taken in good faith and deny the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 73) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the interested party GwanJun Kim's appeal is not taken in good faith and the motion for leave to appeal *in forma pauperis* (ECF No. 70) is DENIED.

Dated: July 22, 2025

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge